■ The People of the State of New York, Respondent, v Matthew Lacks, Appellant.—Judgment, Supreme Court, New York County (Dorothy Cropper, J.), rendered on June 5, 1987, unanimously affirmed. Appellant's application to obtain minutes is denied. No opinion. Concur—Murphy, P. J., Ross, Carro, Rosenberger and Smith, JJ.

■ The People of the State of New York, Respondent, v Steven Perez, Appellant.—Judgment, Supreme Court, Bronx County (Burton Hecht, J.), rendered on February 7, 1983, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Kupferman, J. P., Carro, Asch, Smith and Rubin, JJ.

■ In the Matter of Robert G. Smith, Admitted as Robert Gary Smith, a Suspended Attorney.—Motion granted and applicant is reinstated as an attorney and counselor-at-law in the State of New York, effective April 4, 1989. Concur—Kupferman, J. P., Ross, Rosenberger, Ellerin and Wallach, JJ.